**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION – DES MOINES**

| | |
|---|---|
| JENNIFER TAGLIANETTI,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP, WAL-MART STORES EAST I, LP, WAL-MART INC., CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.; CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.; MIDEA AMERICA CORPORATION, FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD., GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.; ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.; MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD., and MIDEA GROUP CO. LTD,<br>        Defendants. | Civil Action No. |

**WAL-MART STORES EAST, LP, WAL-MART STORES EAST I, LP, AND
WALMART INC.'S ATTACHMENT A TO CIVIL COVER SHEET**

1

**Attorney for Plaintiff:**
Thomas P. Tully AT0011150
Tully Law Office, P.C.
410 Tyler Street
Polk City, IA 50226
Phone: (515) 650-5500
Fax: (515) 724-7110
Tom@TullyLawOfficePC.com

**Attorneys for Defendants**
**Wal-Mart Stores East, LP,**
**Wal-Mart Stores I, LP, and**
**Walmart, Inc.:**
Michael A. Paul, AT0006017
Dinsmore & Shohl, LLP
1775 Sherman St., Ste. 2600
Denver, CO 80203
Phone: (303) 296-3996
Fax: (303) 296-0344
Email: michael.paul@dinsmore.com

**Other Defendants:**

Corelle Brands Acquisition Holdings, Inc. a/k/a Instant Brands Acquisition Holdings, Inc., a/k/a WK Acquisition Holdings Inc.

Corelle Brands LLC f/k/a Instant Brands, LLC

Instant Brands, Inc.

Double Insight Inc.

Midea America Corporation

Foshan Shunde Midea Electrical Heating Appliance Manufacturing Co., LTD.

Guangdong Midea Consumer Electric Manufacturing Company, LTD.

Zhejiang Tianxi Kitchen Appliance Co., LTD.

Midea Electric Trading 2 (Singapore) Co. PTE, LTD.

Midea Group Co., LTD.